UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN ZAYAS, individually and on behalf on behalf of all others similarly situated,<br>　　　　　　　　　　　　　Plaintiff<br><br>- against -<br><br>144 NINTH GOTHAM PIZZA, INC. d/b/a GOTHAM PIZZA and 364 WEST 19TH STREET LLC,<br>　　　　　　　　　　　　　Defendants | 16cv4176 (GBD)(JCF)<br><br>STIPULATION DISCONTINUING ACTION WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:　　　February 27, 2017

JAMES E. BAHAMONDE, P.C.

By: _____

James E. Bahamonde
2501 Jody Court
North Bellmore, NY 11710
Tel: (516) 783-9662
Fax: (646) 435-4376
Attorney for Plaintiff

BELL LAW GROUP PLLC

By: _____

Melissa Beekman
100 Quentin Roosevelt Blvd, Suite 208
Garden City, New York 11530
Tel: 516 280-3008
Attorneys for Defendants

LONG TUMMELLO, LLP

By: /s/ Harold Seligman

Harold Seligman
120 Fourth Avenue
Bay Shore, NY 11706
Tel: (631) 666-2500
Fax: (646) 435-4376
Attorney for Defendant
144 Ninth Gotham Pizza, Inc. d/b/a Gotham Pizza